UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X   Case No.: 2:24-cv-04449-SJB-JMW
BLANCA LORENA REYES JIMENEZ, individually
And on behalf of all others similarly situated,

                              **NOTICE OF MOTION**

                    Plaintiff,

    -against-

GARVIES POINT BAGEL CORP. d/b/a BRENDEL'S
BAGELS & EATERY OF NEW YORK and CRAIG
BERESID and STACY BERESID, as individuals,

                  Defendants.
----------------------------------------------------------------X

## NOTICE OF MOTION BY BELL LAW GROUP, PLLC
## TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS

**PLEASE TAKE NOTICE** that, upon the Affidavit or Valeria Fernandez, Esq., in support of the motion by Bell Law Group, PLLC, dated March 18, 2025, to withdraw as counsel of record for Defendants Garvies Point Bagel Corp. d/b/a Brendel's Bagels & Eatery of New York, Craig Beresid and Stacy Beresid (collectively "Defendants") and upon all the pleadings and proceedings heretofore had herein, Bell Law Group, PLLC, counsel of record for Defendants in the above captioned matter, will move this Court by Attorney Withdrawal Motion, seeking to be relieved as counsel for Defendants.

Further, as directed by Local Rules 1.4, this Motion along with this Court's Order will be served on Defendants with proof of service on ECF.

Dated: Syosset, New York
        March 18, 2025

                                                            BELL LAW GROUP, PLLC

                                                            */s/ Valeria Fernandez*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Case No.: 2:24-cv-04449-SJB-JMW
BLANCA LORENA REYES JIMENEZ, individually
And on behalf of all others similarly situated,

                                                                   Plaintiff,

**AFFIDAVIT OF**
**WITHDRAWAL AS COUNSEL**

      -against-

GARVIES POINT BAGEL CORP. d/b/a BRENDEL'S
BAGELS & EATERY OF NEW YORK and CRAIG
BERESID and STACY BERESID, as individuals,

                                                                  Defendants.
------------------------------------------------------------------X

        Valeria Fernandez, Esq., an attorney duly licensed to practice in the United States District Court, Eastern District of New York and being duly sworn, under the penalties of perjury states the following:

        1.      I am an Associate of Bell Law Group, PLLC, 116 Jackson Avenue, Syosset, New York attorney for the Defendants herein.

        2.      As such, I am fully familiar with the facts and circumstances of this case upon a review of the file maintained by my office.

        3.      I submit this Affidavit, seeking permission for Valeria Fernandez and Bell Law Group, PLLC, to withdraw as Defendants' counsel, pursuant to Civil Rule 1.4 (Withdrawal or Displacement of Attorney of Record).

        4.      Here, counsel has struggled to obtain timely payment of legal fees from the client, often times requiring that work be done without funds in the retainer account in order to nonetheless comply with necessary deadlines and Court Orders.

5. Counsel for the Defendants have attempted to contact their client on multiple occasions regarding payment of the retainer. Counsel has made the client aware of their intentions to withdraw as counsel unless a payment was made. Since the clients have yet to pay a retainer fee, we have no alternative but to file the within application.

6. To date, the Defendants have failed to make any payment to Bell Law Group, PLLC despite multiple requests from counsel.

7. "It is well-settled that a lawyer may seek to withdraw when the client renders it unreasonably difficult for the lawyer to carry out such employment effectively." <u>Farmer v. Hyde Your Eyes Optical, Inc.</u>, 60 F. Supp. 3d 441, 445 (S.D.N.Y. 2014) (citing <u>Stephen Eldridge Realty Corp. v. Green</u>, 174 A.D.2d 564, 566 (2d Dep't 1991)). Rule 1.16(c) of Professional Conduct (22 NYCRR 1200.0) provides in relevant part that withdrawal is permitted where: "withdrawal can be accomplished without material adverse effect on the interests of the client" (rule 1.16 [c] [1]); and "the client deliberately disregards an agreement or obligation to the lawyer as to expenses or fees" (rule 1.16 [c] [5]). See also <u>Bravia Capital H.K. v. Hna Group Co.</u>, 76 Misc. 3d 1224[A], 2022 NY Slip Op 51039[U], *2 (Sup Ct, NY County 2022); <u>Aragona v. Shaibani</u>, 138 AD3d 649, 650 (2d Dept. 2016); <u>Stair v. Calhoun</u>, 722 F Supp 2d 258 (EDNY 2010).

8. Similarly, Rule 1.16(c)(7) also allows for withdrawal of counsel when "the client fails to cooperate in the representation or otherwise renders the representation unreasonably difficult for the lawyer to carry out employment effectively." See also <u>Aragona v. Shaibani</u>, 138 AD3d 649, 650 (2d Dept 2016); <u>Green v. Gasparini</u>, 24 AD3d 505, 506 (2005); <u>McCormack v. Kamalian</u>, 10 AD3d 679 (2004).

9. Bell Law Group, PLLC, stands ready to provide this Court with any further information.

WHEREFORE, it is respectfully requested that an Order be granted relieving Valeria Fernandez, Esq. and Bell Law Group, PLLC of its representation of the Defendants herein in this matter. Bell Law Group, PLLC is not seeking a charging lien for any monies due to our law firm from the Defendants in this matter.

Dated: Syosset, New York
March 18, 2025

                                                                       BELL LAW GROUP, PLLC

                                                                        */s/ Valeria Fernandez*
                                                                        Valeria Fernandez, Esq.
                                                                        *Attorneys for Defendants*
                                                                        116 Jackson Avenue
                                                                        Syosset, New York 11791
                                                                        (516) 280-3008
                                                                        vf@belllg.com